920 P.2d 320

**STATE of Arizona, Appellee,**

v.

**Mark Alan BOGAN, Appellant.**

**No. CR–95–0241–PR.**

Supreme Court of Arizona.

July 16, 1996.

#### ORDER

It appearing to the Court that the grant of review in this case was improvident,

IT IS ORDERED that the order granting review is vacated.

IT IS FURTHER ORDERED that the petition for review is denied.

/s/ Stanley G. Feldman
STANLEY G. FELDMAN
Chief Justice